UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Dr. Leonard Chukwualuka Onyiah,

           Plaintiff,

vs.

St. Cloud State University; Board of
Trustees, Minnesota State Colleges
and Universities; Minnesota
Inter-Faculty Organization; Earl H.
Potter, III, President, Saint Cloud State
University; Michael Spitzer, Provost,
Saint Cloud State University; Mary
Richardson; David DeGroote; David
Robinson; Richard Sundheim; Nancy
Jessee; Byron Gayewski; Sharon Cogdill;
Steven Ludwig; and Roy H. Saigo,

           Defendants.

ORDER ADOPTING REPORT
AND RECOMMENDATION

Civ. No. 08-4948 (JMR/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

1. That the University Defendants, and the Individual Defendants' Amended Motion for Partial Dismissal [Docket Nos. 18 and 43], is granted, such that all of the Plaintiff's claims against those Defendants, with the exception of his pay discrimination claim, are dismissed.

2. That the IFO's Motion to Dismiss [Docket No. 20] is granted.

3. That the Plaintiff's Motion for Default Judgment [Docket No. 26] is denied.

Dated: September 17, 2009               s/James M. Rosenbaum
                                        Judge James M. Rosenbaum
                                        United States District Court