# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Dr. Leonard Chukwualuka Onyiah,

  Plaintiff,      Civil 08-4948 (RHK/RLE)

vs.          **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

St. Cloud University, et al,

  Defendants.

  The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

  **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

  **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 10, 2010

            s/Richard H. Kyle
            RICHARD H. KYLE
            United States District Judge